## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00468-CMA-MJW

BRENDA WILLIS,

    Plaintiff,

v.

FRONTLINE ASSET STRATEGIES, LLC, a Minnesota limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

*Christine M Arguello*

April 30, 2011
DATE

U.S. DISTRICT JUDGE